IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**KENDRICK LAMONT CASEY**                                                            **PETITIONER**

v.                                                                 **Civil No. 1:19cv718-HSO-RPM**

**SCOTT MIDDLEBROOKS**                                                             **RESPONDENT**

## **FINAL JUDGMENT**

In accordance with the Order entered this date adopting the Report and Recommendations [23] of the United States Magistrate Judge and overruling Petitioner Kendrick Lamont Casey's Objection [24],

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above captioned civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 24th day of February, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE